Opinion filed September 12, 1931.

Andrew O. Niehoff, for appellant. Jas. G. McHale and Ernest R. McHale, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

**D. W. Pugh, appellee, v. Southern Railway Company, appellant.**

Opinion filed September 12, 1931.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. No appearance for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

**Pauline Branhorst, appellant, v. Harry F. Stamper et al., appellees.**

Opinion filed September 12, 1931. Rehearing denied October 27, 1931.

D. F. Moore, for appellant. W. H. Hart, Layman & Johnson, Williams & Lewis, W. Joe Hill, G. A. Hickman and Pulverman & Cantrell, for appellees.

Mr. Justice Edwards delivered the opinion of the court.

**Herman W. Bender et al., plaintiffs in error v. Benjamin Bender et al., defendants in error.**

Opinion filed September 12, 1931.

Philip G. Listeman and Harold J. Bandy, for plaintiffs in error; Keefe & Listeman, of counsel. Geers & Geers, for defendants in error.

Mr. Justice Edwards delivered the opinion of the court.

**R. H. Sullivan, trading as Sullivan Auto Sales Company, appellee, v. Mrs. E. C. Brown, appellant.**

Opinion filed September 12, 1931.

Harry Faulkner, for appellant. Roscoe Forth, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

**C. I. Hornbeck, appellee, v. Robert Aitken, Jr. and Anna Aitken, appellants.**

Opinion filed September 12, 1931.

Elliott W. Major and Pope & Driemeyer, for appellants. McGlynn & McGlynn, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Alex Ruggeri and Charles Ruggeri, trading as Ruggeri Brothers, appellants, v. Chicago, Burlington & Quincy Railroad Company, appellee.

Opinion filed September 12, 1931.

A. D. Morgan and J. Roy Browning, for appellants. Hart & Hart and Sidney F. Blanc, for appellee; J. C. James, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

Fred Waters, appellee, v. Sinclair Refining Company, appellant.

Opinion filed September 12, 1931.

William R. Allen and Harry Faulkner, for appellant. No appearance for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Jefferson S. Bush, appellee, v. Nathan Mathes, trading as Tri-City Finance Company, appellant.

Opinion filed September 12, 1931.

M. R. Sullivan, for appellant. Terry, Gueltig & Powell, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

William Howlett, appellee, v. Missouri Pacific Railroad Company, appellant.

Opinion filed September 12, 1931.

Whitnel & Browning, Dan McGlynn, Jr., and J. R. McMurdo, for appellant; Edw. J. White, of counsel. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.